IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASU D. ARORA, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NATE PURI et al, <br><br> Defendants. | No. C 05-00300 CRB <br> No. C 05-00301 CRB <br><br> **ORDER** |

Now before the Court is plaintiff's Notice of Motion for an Order of Transfer to state court. On May 17, 2005, the Court dismissed this case for lack of jurisdiction. On May 26, 2005, the Court denied plaintiff's Motion to Amend the Complaint. As a result, the Court has no jurisdiction over this case and does not have the authority to transfer the case to state court. Plaintiff is free to file a new lawsuit in state court without permission of this Court.

**IT IS SO ORDERED.**

Dated: November 1, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0300\orderretransfer.wpd